USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 20 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
United States of America,

vs.                                    15 CR 410-04 (LAK)

LATISHA GAYMON,

                  Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      Having arraigned defendant Latisha Gaymon on the November 22, 2019 violation of supervised release memo and the next hearing date set for May 20, 2020 at 4:00 PM,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Latisha Gaymon, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with the mandatory, standard, and any special conditions of supervision imposed by the July 20, 2017 judgment entered by this Court.

DATED: 2/20/2020

                                                Lewis A. Kaplan
                                                United States District Judge