```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA            :

              -v-                   :      ORDER

LATISHA GAYMON,                     :      1:15 Cr. 410 (LAK)

              Defendant.            :

------------------------X
```

      IT IS HEREY ORDERED that, as stipulated and agreed by all parties during the telephone conference held on June 24, 2020, the period of Latisha Gaymon's supervised release is extended to October 1, 2020.

Dated: New York, New York
       June 26, 2020

_____
Hon. Lewis A. Kaplan
UNITED STATES DISTRICT JUDGE